JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YD ENTERPRISES, LLC, et al., | No.   ED CV 14-2093 PA (KKx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| CITY OF ONTARIO, et al., | |
| Defendants. | |

In accordance with the Court's June 17, 2015 Minute Order dismissing the Second Amended Complaint filed by Plaintiffs BETTIE C. CARRIE TEASDALE and YD ENTERPRISES, LLC with prejudice;

It is therefore now ORDERED, ADJUDGED, and DECREED that:

1. That Plaintiffs take nothing;
2. The action is dismissed with prejudice;
3. Defendants shall have their costs of suit.

DATED: June 17, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE